IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lynn Karasik, | ) | CIVIL ACTION NO.: 4:11-cv-00828-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DISCOVERY CONSENT ORDER** |
| | ) | |
| City of Myrtle Beach, | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | |

Plaintiff filed a Motion to Compel Discovery August 22, 2012 pursuant to Rule 37(a) of the Federal Rules of Civil Procedure requesting Defendant's responses to Plaintiff's Second Supplemental Request for Production of Document.

Defendant has now responded to Plaintiff's Second Supplemental Request for Production of Documents, therefore, this Motion appears moot. The parties agree Plaintiff reserves the right to refile this Motion.

**IT IS THEREFORE** ordered Plaintiff's Motion to Compel Discovery is **DENIED** as moot. Plaintiff may refile this Motion if necessary.

s/ R. Bryan Harwell
The Honorable R. Bryan Harwell
Presiding Judge U.S. District Court
Florence Division

Columbia, South Carolina
Dated: August 29, 2012

WE CONSENT:

| | |
|---|---|
| *s/Peter L. Hearn, Sr.* | *s/William A. Bryan, Jr.* |
| Peter L. Hearn, Sr., Federal ID #6463 | William A. Bryan, Jr. |
| Hearn & Hearn, P.A. | Collins & Lacy, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |